AO 91 (Rev. 02/09) Criminal Complaint

# United States District Court
### for the
### Western District of New York

**United States of America**

v.

**CJ A. WOLF**

*Defendant*

Case No. 26-mj- 5070

FILED
APR – 6 2026
ANDREW W. MOELLER, CLERK
WESTERN DISTRICT O NY

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of October 4, 2025, in the County of Erie, in the Western District of New York, and elsewhere, the defendant, CJ A. WOLF using a means and facility of interstate and foreign commerce, did knowingly persuade, induce, entice, or coerce an individual who had not attained the age of 18 years, to engage in sexual activity for which a person can be charged with a criminal offense, in violation of 18 U.S.C. § 2422(b).

This Criminal Complaint is based on these facts:

☒ Continued on the attached sheet.

_____
*Eric Daigler*
*Complainant's signature*

ERIC DAIGLER
TASK FORCE OFFICER
FEDERAL BUREAU OF INVESTIGATION
*Printed name and title*

Affidavit and Criminal Complaint submitted electronically by email in .pdf format. Oath administered, and contents and signature, attested to me as true and accurate telephonically pursuant to Fed.R.Crim.P.4.1 and 4(d) on:

Date: April 6 , 2026

_____
*Judge's signature*

City and State:  Buffalo, New York

HONORABLE MICHAEL J. ROEMER
UNITED STATES MAGISTRATE JUDGE
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF COMPLAINT

I, Eric J. Daigler, being duly sworn, depose and say:

1.     I am a Task Force Officer of the Federal Bureau of Investigation and have been on the Child Exploitation Task Force (CETF) since September 2023. I have been employed as a police officer with the New York State Police since April 2003. As a member of the CETF, I work on cases associated with the Violent Crimes Against Children program, which targets individuals involved in the online sexual exploitation of children. As part of these duties, I have become involved in the investigation of suspected violations of Title 18, United States Code, Sections 2251, 2252, 2252A, 2422, and 2423.

2.     I have also participated in various FBI and New York State Police mandated and volunteer training for the investigation and enforcement of federal child sexual abuse material (CSAM), (also known as child pornography) laws in which computers and electronic media are used as the means for receiving, transmitting, and storing child pornography.

3.     I make this affidavit in support of a criminal complaint charging CJ A. **WOLF** (hereinafter "**WOLF**") with an attempted violation of Title 18, United States Code, Section 2422(b) (Coercion and Enticement).

4.     The statements contained in this affidavit are based on my involvement in this investigation, as well as information provided to me by other law enforcement officers involved in this investigation, the review of documents and records related to

1

this case, and upon my training and experience. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in sum and substance and in part only. Because this affidavit is being submitted for the limited purpose of seeking a criminal complaint, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that **WOLF** violated Title 18, United States Code, Section 2422(b) (Coercion and Enticement).

## I.    THE INVESTIGATION AND FACTUAL BASIS

5.    On or about October 4, 2025, the New York State Police (NYSP) conducted an undercover operation where an advertisement of a purported minor female willing to meet in person to have sex was placed on an online website where someone could search, for instance, for female escorts.

6.    The advertisement's posted location information for the female girl was listed as being in Buffalo, NY; Chautauqua, NY; and Lockport, NY, under the search category of "female escort". The advertisement displayed images of a young girl in her underwear who appears to be in her early to mid-teens, along with additional descriptors such as that the girl is "brunette"; weighs "90 lbs.; and breasts listed as "small/petite", and "shaved" in the "grooming down under" section.

7.    The advertisement also included other descriptors such as "prepare to have your mind blown; come experience what you've been waiting for and watch your stress disappear; never rushed; no games, no drama; very discreet; in-call only; call or text for availability". And listed various offered services such as: "oral; intercourse-

2

vaginal; intercourse-oral; deep-throat; intercourse-anal; and face sitting", amongst other activities.

8.      On October 4, 2025, a phone number, which was later linked to **WOLF**, started communicating with undercover law enforcement personnel via text message. An excerpt of the exchange between **WOLF** and the undercover personnel (UC) is outlined below[1]:

| SENDER | MESSAGE |
| --- | --- |
| Wolf | You Free? |
| UC | Hey babe |
| Wolf | What's ur rate? |
| UC | Yes what were you looking for babe |
| Wolf | 30mins |
| UC | fs? |
| Wolf | Idk what that means |
| Wolf | Incall, depending where ur located |
| Wolf | Yes fs lol |
| UC | full service |
| Wolf | Yeah |
| UC | hhr is 200 |
| Wolf | Ok lol where you located, And do u have a pic? All ur pics were blacked out |
| UC | lol williamsville area |

[1] To retain the original context and usage in the text communications, spelling errors and grammatical errors were not corrected.

| | |
|---|---|
| UC | i black face out cause she is younger |
| Wolf | Are you police or affiliated |
| UC | fuck no you |
| Wolf | No |
| UC | you ok with younger babe |
| Wolf | That sounds like a trap lol how young |
| UC | 13 will be 14 next month |
| Wolf | That's definitely a trap lol |
| Wolf | U have proof it's not a trap like a pic or something? |
| UC | what type of pic |
| Wolf | Whatever you think would win me over |
| Wolf | I'm 12mins away, where in willaimsville? |
| Wolf | Ok |
| UC | can you go to the tim hortons on transit rd next to the transit bowling ally and take a picture of the building so i know your for real babe |
| Wolf | Idk that sound sketchy |
| UC | i just need to know your real and in the area its how i keep us safe |
| Wolf | I'm at work but I'll drive up there and take a pic. I was gonna meet up on my break but sounds like it will take longer then that |
| Wolf | Going now |
| Wolf | Are you good to meet after the picture? |
| UC | Yes |

| UC | send me the picture when your ready to come i have other dates |
|---|---|
| Wolf | OK when I send you the picture in a moment, just let me know when you're not ready |
| Wolf | Then I'll hit you up another day |
| UC | sounds like a trap thanks tho |
| Wolf | lol what I meant is if you take too long, I have to go back to work |
| UC | im not good at games you wanted an hour babe i schedule you for an hour what time is your break |
| Wolf | Now |
| UC | so you can come when you send me the picture? |
| Wolf | Yeah sent |

9.    After corresponding with the UC, **WOLF** was instructed to travel to a specific location where he could have sex with the purported 13-year-old girl who was advertised online. **WOLF** then traveled to the Wal-Mart parking lot where he was directed to go to a parked camper to meet with the underage girl. There, he interacted with the undercover officer who was coordinating the sexual interaction between **WOLF** and the purported 13-year-old girl. **WOLF's** in-person interaction with the undercover officer was recorded on camera.

10.    In this recording, **WOLF** approached the undercover officer where **WOLF** was asked if he had the money, which **WOLF** affirmed by showing he had $200 and agreeing for "a half hour". The undercover officer then stated: "if you're going to cum, don't cum inside her, I don't need a pregnant 13-year-old", and also stated "no bruises". During this interaction, the undercover officer also pretended to

5

speak with the purported young girl with whom **WOLF** was there to have sex with by stating: "Lexi, your date's almost here", where a muffled female voice can be heard responding from within the camper. **WOLF** then stated in response that he would feel better if he could just see her. The undercover officer then stated to **WOLF** "please don't hurt her, she's little" and **WOLF** responded, "I won't". NYSP members who were hidden nearby then approached the area and arrested **WOLF**.

11.    Based on the above information, I assert that probable cause exists to believe **WOLF** attempted to violate Title 18 United States Code Section 2422(b) (Coercion and Enticement). I therefore request that the Court issue the requested criminal complaint.

_Eric Daigler_
_____
ERIC DAIGLER,
Task Force Officer
Federal Bureau of Investigation

Sworn and subscribed to telephonically

_6_ day of April, 2026.

_____
HON. MICHAEL J. ROEMER
United States Magistrate Judge

6